**COLE SCHOTZ P.C.**
900 Third Avenue, 16th Floor
New York, NY  10022
Telephone (212) 752-8000
Facsimile (212) 752-8393
Michael D. Sirota, Esq.
Ilana Volkov, Esq.
Mark Tsukerman, Esq.
*Attorneys for YA Global Master SPV, Ltd., et al.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | : |
|  | : |
|  | : Chapter 15 |
| CALEDONIAN BANK LIMITED, | : |
|  | : Case No.  15-10324 (MG) |
| Debtor. | : |
|  | : |
|  | : |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF DOCUMENTS**

**PLEASE TAKE NOTICE** that pursuant to Rules 2002 and 9010(b) of the Federal Rules

of Bankruptcy Procedure the undersigned attorneys hereby appear as counsel for YA Global

Master SPV, LTD ("**YA**") and its affiliates,[1] depositors and parties-in-interest in the proceeding

involving the above-captioned "Foreign Debtor," and demand that all notice given or required to

be given in this proceeding and all related proceedings be given to and served upon:

---

[1] YA's affiliates include YA Global II Blocker Fund, LLC; YA Global II SPV, LLC; YA Global
Investments (U.S.), LP; YA Global Investments II (U.S.), LP; YA Global Investments II Intermediate
Fund, Ltd.; YA Global Investments II, Ltd.; YA Global Investments, LP; YA Offshore Global
Investments II, Ltd.; YA Offshore Global Investments, Ltd.; YII GP, LP; Yorkville Advisors Global, LP;
Yorkville Advisors GP, LLC; Yorkville Advisors, LLC.

COLE SCHOTZ P.C.
900 Third Avenue, 16th Floor
New York, NY  10022
Attn:  Michael D. Sirota, Esq.
         Ilana Volkov, Esq.
         Mark Tsukerman, Esq.
Telephone: (212) 752-8000
Facsimile: (212) 752-8393
Email:  msirota@coleschotz.com
Email:  ivolkov@coleschotz.com
Email:  mtsukerman@coleschotz.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the

notices and pleadings, whether formal or informal, *ex parte* or on notice, written or oral, referred

to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without

limitation, orders and notices with respect to any application, motion, petition, pleading, request,

complaint or demand, whether formal or informal, whether written or oral and whether

transferred or conveyed by mail, delivery, telephone, telegraph, telex, electronically or

otherwise, which affect or seek to affect in any way any rights or interests of the Foreign Debtor.

DATED:  New York, New York                COLE SCHOTZ P.C.
         February 26, 2015                 *Attorneys for YA Global Master SPV, LTD, et al.*

                                           By:  /s/ *Ilana Volkov*
                                                Michael D. Sirota
                                                Ilana Volkov
                                                Mark Tsukerman