**COLE SCHOTZ P.C.**
900 Third Avenue, 16th Floor
New York, NY 10022
Telephone (212) 752-8000
Facsimile (212) 752-8393
Michael D. Sirota, Esq.
Ilana Volkov, Esq.

-and-

**COLE SCHOTZ P.C.**
301 Commerce Street, Suite 1700
Fort Worth, TX 76102
(817) 810-5250
(817) 810-5255 (Fax)
Michael D. Warner, Esq.

*Attorneys for Cole Schotz*
*Clients-Depositors, Part I*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | : |
| | : Chapter 15 |
| CALEDONIAN BANK LIMITED, | : |
| | : Case No. 15-10324 (MG) |
| Debtor in a Foreign Proceeding. | : |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF DOCUMENTS**

**PLEASE TAKE NOTICE** that pursuant to Rules 2002 and 9010(b) of the Federal Rules

of Bankruptcy Procedure the undersigned attorneys hereby appear as counsel for those certain

Cole Schotz clients-depositors, whose redacted account numbers at Caledonian Bank Limited

and addresses are set forth on the attached "**Exhibit A**," and demand that all notice given or

required to be given in this proceeding and all related proceedings be given to and served upon:

**COLE SCHOTZ P.C.**
900 Third Avenue, 16th Floor
New York, NY  10022
**Attn**:  Michael D. Sirota, Esq.
           Ilana Volkov, Esq.
Telephone: (212) 752-8000
Facsimile: (212) 752-8393
Email:  msirota@coleschotz.com
Email:  ivolkov@coleschotz.com

- and -

301 Commerce Street, Suite 1700
Fort Worth, TX 76102
**Attn**:  Michael D. Warner, Esq.
Telephone:  (817) 810-5250
Facsimile:  (817) 810-5255
Email:  mwarner@coleschotz.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and pleadings, whether formal or informal, *ex parte* or on notice, written or oral, referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, orders and notices with respect to any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex, electronically or

2

otherwise, which affect or seek to affect in any way any rights or interests of the Foreign Debtor.

DATED:  New York, New York
        March 17, 2015

COLE SCHOTZ P.C.
*Attorneys for Cole Schotz Clients-Depositors – Part I*

By: /s/ *Ilana Volkov*
    Michael D. Sirota
    Ilana Volkov
    900 Third Avenue, 16th Fl.
    New York, New York 10022
    (212) 752-8000 (Phone)
    (212) 752-8393 (Fax)

- and -

Michael D. Warner, Esq.
301 Commerce Street, Suite 1700
Fort Worth, TX 76102
(817) 810-5250
(817) 810-5255 (Fax)

40000/0583-11630676v2

# EXHIBIT A

**Listing of Cole Schotz Clients, dated 17 Mar 2015**

| Account number(s) at Caledonian Bank: | Entity Type: | Registered office: |
|---|---|---|
| XXXX XXX XXX542 001 | Cayman Islands limited partnership | Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104 |
| XXXX XXX XXX948 001 | Cayman Islands exempt limited company | Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104 |
| XXXX XXX XXX777 001 | Cayman Islands exempt limited company | Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104 |
| XXXX XXX XXX488 001 | Cayman Islands exempt limited company | Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104 |
| XXXX XXX XXX952 001 | Cayman Islands exempt limited company | Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104 |
| XXXX XXX XXX462 001 | Cayman Islands exempt limited company | Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104 |
| XXXX XXX XXX489 001 | Cayman Islands exempt limited company | Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104 |
| XXXX XXX XXX950 001, XXXX XXX XXX950 002 | Cayman Islands exempt limited company | Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104 |
| XXXX XXX XXX281 001 | Cayman Islands exempt limited company | Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104 |
| XXXX XXX XXX490 001 | Cayman Islands exempt limited company | Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104 |
| XXXX XXX XXX175 001 | Cayman Islands exempt limited company | Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104 |
| XXXX XXX XXX491 001 | Cayman Islands exempt limited company | Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104 |
| XXXX XXX XXX492 001 | Cayman Islands exempt limited company | Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104 |
| XXXX XXX XXX493 001 | Cayman Islands exempt limited company | Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104 |
| XXXX XXX XXX983 001 | Cayman Islands exempt limited company | Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104 |
| XXXX XXX XXX494 001 | Cayman Islands exempt limited company | Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104 |
| XXXX XXX XXX496 001 | Cayman Islands exempt limited company | Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104 |
| XXXX XXX XXX464 001 | Cayman Islands exempt limited company | Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104 |
| XXXX XXX XXX497 001 | Cayman Islands exempt limited company | Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104 |
| XXXX XXX XXX836 001 | Cayman Islands exempt limited company | Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104 |
| XXXX XXX XXX463 001 | Cayman Islands exempt limited company | Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104 |
| XXXX XXX XXX307 001 | Cayman Islands exempt limited company | Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104 |
| XXXX XXX XXX942 001 | Cayman Islands exempt limited company | Intertrust, 190 Elgin Avenue, Grand Cayman, KY1-9005 |
| XXXX XXX XXX543 001 | Cayman Islands limited partnership | Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104 |
| XXXX XXX XXX947 001 | Cayman Islands exempt limited company | Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104 |
| XXXX XXX XXX838 001 | Cayman Islands exempt limited company | Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104 |
| XXXX XXX XXX013 001 | Cayman Islands exempt limited company | Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104 |
| XXXX XXX XXX719 001 | Cayman Islands exempt limited company | Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104 |
| XXXX XXX XXX683 001 | Cayman Islands exempt limited company | Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104 |
| XXXX XXX XXX306 001 | Cayman Islands exempt limited company | Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104 |
| XXXX XXX XXX718 001 | Cayman Islands exempt limited company | Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104 |
| XXXX XXX XXX011 001 | Cayman Islands exempt limited company | Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104 |
| XXXX XXX XXX498 001 | Cayman Islands exempt limited company | Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104 |
| XXXX XXX XXX949 001 | Cayman Islands exempt limited company | Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104 |
| XXXX XXX XXX499 001 | Cayman Islands exempt limited company | Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104 |
| XXXX XXX XXX725 001 | Cayman Islands exempt limited company | Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104 |
| XXXX XXX XXX541 001 | Cayman Islands exempt limited company | Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104 |
| XXXX XXX XXX465 001 | Cayman Islands exempt limited company | Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104 |
| XXXX XXX XXX953 001 | Cayman Islands exempt limited company | Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104 |
| XXXX XXX XXX054 001 | Cayman Islands limited partnership | Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104 |

**Listing of Cole Schotz Clients, dated 17 Mar 2015**

| **Account number(s) at Caledonian Bank:** | **Entity Type:** | **Registered office:** |
| --- | --- | --- |
| XXXX XXX XXX079 001 | Cayman Islands exempt limited company | Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104 |
| XXXX XXX XXX720 001 | Cayman Islands exempt limited company | Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104 |
| XXXX XXX XXX941 001 | Cayman Islands exempt limited company | Intertrust, 190 Elgin Avenue, Grand Cayman, KY1-9005 |
| XXXX XXX XXX500 001 | Cayman Islands exempt limited company | Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104 |
| XXXX XXX XXX501 001 | Cayman Islands exempt limited company | Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104 |
| XXXX XXX XXX569 001 | Cayman Islands exempt limited company | Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104 |
| XXXX XXX XXX305 001 | Cayman Islands exempt limited company | Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104 |
| XXXX XXX XXX012 001 | Cayman Islands exempt limited company | Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104 |
| XXXX XXX XXX308 001 | Cayman Islands exempt limited company | Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104 |
| XXXX XXX XXX988 001 | Cayman Islands exempt limited company | Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104 |