**COLE SCHOTZ P.C.**
900 Third Avenue, 16th Floor
New York, NY  10022
Telephone (212) 752-8000
Facsimile (212) 752-8393
Michael D. Sirota, Esq.
Ilana Volkov, Esq.

-and-

**COLE SCHOTZ P.C.**
301 Commerce Street, Suite 1700
Fort Worth, TX 76102
(817) 810-5250
(817) 810-5255 (Fax)
Michael D. Warner, Esq.

*Attorneys for Cole Schotz*
*Clients-Depositors, Part III*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | |
| CALEDONIAN BANK LIMITED, | Chapter 15 |
| Debtor in a Foreign Proceeding. | Case No.  15-10324 (MG) |

### NOTICE OF APPEARANCE
### AND REQUEST FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE** that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure the undersigned attorneys hereby appear as counsel for those certain Cole Schotz clients-depositors, whose redacted account numbers at Caledonian Bank Limited and addresses are set forth on the attached "**Exhibit A**," and demand that all notice given or required to be given in this proceeding and all related proceedings be given to and served upon:

**COLE SCHOTZ P.C.**
900 Third Avenue, 16th Floor
New York, NY 10022
**Attn**: Michael D. Sirota, Esq.
       Ilana Volkov, Esq.
Telephone: (212) 752-8000
Facsimile: (212) 752-8393
Email: msirota@coleschotz.com
Email: ivolkov@coleschotz.com

- and -

301 Commerce Street, Suite 1700
Fort Worth, TX 76102
**Attn**: Michael D. Warner, Esq.
Telephone: (817) 810-5250
Facsimile: (817) 810-5255
Email: mwarner@coleschotz.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and pleadings, whether formal or informal, *ex parte* or on notice, written or oral, referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, orders and notices with respect to any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex, electronically or

2

otherwise, which affect or seek to affect in any way any rights or interests of the Foreign Debtor.

| | |
|---|---|
| DATED:  New York, New York<br>          March 17, 2015 | COLE SCHOTZ P.C.<br>*Attorneys for Cole Schotz Clients-Depositors –*<br>*Part III* |

By: /s/ *Ilana Volkov*
    Michael D. Sirota
    Ilana Volkov
    900 Third Avenue, 16th Fl.
    New York, New York 10022
    (212) 752-8000 (Phone)
    (212) 752-8393 (Fax)

- and -

Michael D. Warner, Esq.
301 Commerce Street, Suite 1700
Fort Worth, TX 76102
(817) 810-5250
(817) 810-5255 (Fax)

# EXHIBIT A

**Listing of Cole Schotz Clients, dated 17 Mar 2015**

| Account number(s) at Caledonian Bank: | Entity Type: | Registered office: |
| --- | --- | --- |
| XXXX XXX XXX728 001 | Cayman Islands exempt limited company | Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104 |
| XXXX XXX XXX730 001 | Cayman Islands exempt limited company | Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104 |
| XXXX XXX XXX733 001 | Cayman Islands exempt limited company | Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104 |
| XXXX XXX XXX734 001 | Cayman Islands exempt limited company | Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104 |
| XXXX XXX XXX738 001 | Cayman Islands exempt limited company | Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104 |
| XXXX XXX XXX739 001 | Cayman Islands exempt limited company | Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104 |
| XXXX XXX XXX741 001 | Cayman Islands exempt limited company | Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104 |