**COLE SCHOTZ P.C.**
900 Third Avenue, 16th Floor
New York, NY  10022
(212) 752-8000
(212) 752-8393 (Fax)
Michael D. Sirota, Esq.
Ilana Volkov, Esq.

-and-

**COLE SCHOTZ P.C.**
301 Commerce Street, Suite 1700
Fort Worth, TX  76102
(817) 810-5250
(817) 810-5255 (Fax)
Michael D. Warner, Esq.

*Attorneys for Certain Depositors of Caledonian Bank Limited*
*With Significant Interests in Bank Accounts at The Northern Trust International*
*Banking Corp.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | |
| CALEDONIAN BANK LIMITED, | Chapter 15 |
| Debtor. | Case No.  15-10324 (MG) |

**NOTICE OF WITHDRAWAL OF CERTAIN DEPOSITORS'**
**LIMITED OBJECTION TO PROPOSED CHAPTER 15 RECOGNITION ORDER**

PLEASE TAKE NOTICE that on March 26, 2015, certain depositors (the "**Cole Schotz Clients**")[1] of Caledonian Bank Limited filed a Limited Objection to Proposed Chapter 15 Recognition Order [Docket Number 38] (the "**Limited Objection**").

---

[1] On March 17, 2015, Cole Schotz filed a Notice of Appearance on behalf of the Cole Schotz Clients at Docket Numbers 40, 41, and 42.

PLEASE TAKE FURTHER NOTICE that the Cole Schotz Clients hereby withdraw the Limited Objection.

Dated: New York, New York
March 26, 2015

Respectfully submitted,

COLE SCHOTZ P.C.

/s/ *Michael D. Sirota*
Michael D. Sirota, Esq.
Ilana Volkov, Esq.
900 Third Avenue, 16th Floor
New York, New York 10022
(212) 752-8000
(212) 752-8393 (Fax)

-and-

COLE SCHOTZ P.C.
Michael D. Warner, Esq.
301 Commerce Street, Suite 1700
Fort Worth, TX 76102
(817) 810-5250
(817) 810-5255 (Fax)

*Attorneys for Certain Depositors of Caledonian Bank Limited With Significant Interests in Bank Accounts at The Northern Trust International Banking Corp.*