Geoffrey T. Raicht
Margaret A. Dale
Jared D. Zajac
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CALEDONIAN BANK LIMITED,<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 15-10324 (MG) |

**SCHEDULE PURSUANT TO FED. R. BANKR. P. 1007(a)(4)**

   In accordance with Rule 1007(a)(4) of the Federal Rules of Bankruptcy Procedure, Keiran Hutchison and Claire Loebell of Ernst & Young Ltd., as joint official liquidators of Caledonian Bank Limited (In Official Liquidation) (the "Debtor") in the winding up proceeding of the Debtor pending before the Grand Court of the Cayman Islands, submit the following information:

Persons/Bodies Authorized to Administer the Foreign Proceeding

> Keiran Hutchison and Claire Loebell
> Ernst & Young Ltd., P.O. Box 510GT, 62
> Forum Lane, Camana Bay, Grand Cayman,
> Cayman Islands

Pending Litigation Parties

> Caledonian Securities
> Sigal P. Mandelker
> Margaret A. Dale
> Proskauer Rose LLP
> Eleven Times Square
> New York, New York 10036

| |
|---|
| <u>SEC</u><br>A. David Williams<br>Richard E. Simpson<br>100 F. Street, N.E.<br>Washington, D.C. 20549<br><br>and<br><br>David Stoelling<br>Three World Financial Center<br>New York, NY 10281 |
| <u>Verdmont Capital, S.A.</u><br>Robert A. Zito<br>Theodore Y. McDonough<br>Carter Ledyard Milburn LLP<br>Two Wall Street<br>New York, New York 10005 |
| <u>Clear Water Securities, Inc. and Legacy</u><br><u>Global Markets S.A.</u><br>Scottsdale Capital Advisors<br>Attn: Clear Water Securities, Inc./Legacy<br>Global Markets S.A.<br>7170 East McDonald Road, Suite 6<br>Scottsdale, Arizona 85253 |

<u>Entities Against Whom Provisional Relief Is Sought</u>

**[REDACTED]**