1   UNITED STATES BANKRUPTCY COURT

2   SOUTHERN DISTRICT OF NEW YORK

3   Case No. 15-10324(MG)

4   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

5   In the Matter of:

6

7   CALEDONIAN BANK LIMITED,

8

9           Debtor.

10

11  - - - - - - - - - - - - - - - - - - - - - - - - - - - x

12

13                  U.S. Bankruptcy Court

14                  One Bowling Green

15                  New York, New York

16

17                  April 27, 2015

18                  2:08 PM

19

20  B E F O R E :

21  HON MARTIN GLENN

22  U.S. BANKRUPTCY JUDGE

23

24

25

1    Hearing re:  PTBS: 49 Motion Pursuant to 11 U.S.C. 1521(b)

2    for Entry of Order Entrusting Distribution of Debtors Assets

3    Located in the United States to the Foreign Representative.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    Transcribed by:  Debra McCostlin

```
1   A P P E A R A N C E S :

2   PROSKAUER ROSE LLP

3        11 Times Square

4        New York, NY 10036-8299

5

6   BY:  GEOFFREY RAICHT, ESQ.

7        JARED ZAJAC, ESQ.

8        MARGARET DALE, ESQ.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                    P R O C E E D I N G S

2            THE CLERK:  All rise.

3            THE COURT:  All right.  Please be seated.  All

4    right.  We're here in Caledonian Bank Limited, 15-10324.

5            MR. RAICHT:  Good afternoon, Your Honor.  Geoffrey

6    Raicht, Proskauer Rose, for Caledonian Bank.

7            THE COURT:  Good afternoon.

8            MR. RAICHT:  Good afternoon.  I have with me today

9    at counsel table is Jared Zajac and Margaret Dale from my

10   office and in the gallery is Mr. Keiran Hutchison from Ernst

11   & Young who is one of the joint official liquidators as well

12   as Rupert Bell from the law firm of Walkers, also from

13   Cayman.

14           Your Honor, we're here today on the motion of the

15   liquidators for an order under 1521(b) to entrust them with

16   the distribution of assets located here in the United

17   States.  We've had no objection filed to this motion.

18           THE COURT:  I was glad to see that.

19           MR. RAICHT:  As we were as well, Your Honor.  And

20   just to -- we also had no objection from the SEC, Your

21   Honor, as you probably noted --

22           THE COURT:  Yes.

23           MR. RAICHT:  -- from the motion that it's -- if

24   all the funds are still subject to the district court's

25   order.  However Your Honor wishes to proceed today.

1        THE COURT:  You know, I had raised at prior

2   hearings the issue whether Koreag or Altos Hornos created

3   sort of a preliminary issue that this Court would have to

4   deal with.  I had inquired about whether there were any sub

5   accounts, whether all accounts were in the name of the

6   foreign debtor, and you certainly addressed all of the

7   issues that were of concern to me in the papers you filed in

8   support of the request for leave.  And I think you

9   undoubtedly would have done it anyway.  And certainly, I

10  think, has resulted in what we have before us, an

11  uncontested motion.

12       I also -- a little while ago I went back over the

13  form and the order that you submitted and I was satisfied

14  with that.  It leaves the issue of the disposition of any

15  proceeds that are returned to the Cayman to the Cayman

16  court, which is I think the appropriate result.

17       MR. RAICHT:  Yes, Your Honor.

18       THE COURT:  So I did review all of the papers and

19  I'm satisfied.  So pending before the Court is the motion

20  pursuant to 11 U.S.C Section 1521(b) for entry of order

21  entrusting distribution of Debtor's assets located in the

22  United States to the foreign representatives.  The motion is

23  filed at ECF Docket No. 49.  The motion is supported by

24  declaration of Keiran Hutchison, and that declaration is at

25  ECF Docket No. 48.  The motion is unopposed.  The motion is

1    granted.

2              Let me just briefly add -- I won't review the

3    entire history or the factual showing that's made -- Section

4    1521(b) of the bankruptcy code provides that, quote, "upon

5    recognition of a foreign proceeding" -- I'll leave some

6    words out -- "the Court may, at the request of the foreign

7    representative, entrust the distribution of all or part of

8    the Debtor's assets located in the United States to the

9    foreign representative or another person, including an

10   examiner authorized by the Court, provided that the Court is

11   satisfied that the interests of creditors in the United

12   States are sufficiently protected."

13             Section 1522 of the code provides that relief

14   under Section 1521 may be granted, quote, "only if the

15   interests of the creditors and other interested entities,

16   including the Debtor, are sufficiently protected."  And

17   further that "The Court may subject relief granted under" --

18   I'll leave some words out again -- "1521 to conditions it

19   considers appropriate, including the giving of security or

20   the filing of a bond."  That's at 1522(b).

21             The only court to address the issue of the burden

22   of proof with respect to relief under 1521(b) held that a

23   foreign representative has the initial burden of

24   establishing that he or she should be entrusted with the

25   administration of the foreign debtor's United States assets

1   and the interests of creditors and other interested entities

2   are sufficiently protected and wherever, quote, "ultimately

3   the burden of establishing the absence of sufficient

4   protection rests on the objecting parties," close quote.

5   See In Re Lee, 472 B.R. 156 (Bankr. D. Mass. 2012).

6           The foreign representatives here assert and have

7   established in the evidence that they've submitted that the

8   Debtor's United States assets, including the U.S. accounts,

9   belong to the Debtor.  In the Koreag decision, the Second

10  Circuit held that "Before a particular property may be

11  turned over pursuant to" -- and this was former Section

12  304(b)(2) – "a bankruptcy court should apply local law to

13  determine whether the Debtor has a valid ownership interest

14  in that property when the issue is properly posed by an

15  adverse claimant.  See 961 F.2d 341, 349 (2nd Cir. 1992)."

16  The subsequent Altos Hornos decision clarifies that Koreag

17  only applies to disputes that present a bonafide question of

18  property ownership.

19          And here I'm satisfied that the proper evidentiary

20  showing has been made, that the accounts that are involved

21  here are in the name of the foreign debtor and not in the

22  name of any other claimants, and their rights are

23  sufficiently protected.  The courts in the Caymans properly

24  respect due process, and indeed none of those parties are

25  actually U.S. residents.  Those who've appeared and raised

1    this issue before, they're all foreign entities, so the --

2    it doesn't present an issue of protection of U.S. creditors,

3    although the Court would be satisfied in any event that the

4    Cayman provides an appropriate system for resolving issues

5    of ownership and property in, as I had suggested before, it

6    is the appropriate forum in this situation to adjudicate any

7    disputes about ownership of any of the particular assets.

8          So the Court grants the motion.  And as I said

9    earlier, I did review the order.  The proposed order that's

10   been submitted is appropriate in form and that will be it.

11         MR. RAICHT:  Thank you, Your Honor.  We have, with

12   your chamber's permission, I believe an electronic copy was

13   sent to chambers.

14         Your Honor, before I move to the second topic for

15   today just -- the lack of objection today, Your Honor, as

16   much as I would love to take credit for it exclusively by

17   myself, I think Your Honor's ability to focus the parties on

18   the issues and have them, for lack of a better phrase, put

19   their money where their mouth is was certainly a catalyst to

20   having an uncontested hearing.  So on behalf of the

21   liquidators, we thank you for your thoughtfulness.

22         Secondly, Your Honor, what -- several weeks ago,

23   as Your Honor may recall, we had a motion to request waiving

24   certain requirements to file schedules.  At the last hearing

25   Your Honor -- you indicated and what we did was we went down

1   to the Cayman court and asked the Cayman court for an order

2   that would permit the liquidators to file a copy of the

3   names and the addresses of all the depositors under seal

4   with this court as well as provide a copy of the unredacted

5   version of that to the U.S. Trustee with the understanding

6   that the U.S. Trustee, upon review, would either return it

7   to me or to the liquidators or have it destroyed.

8              That order was entered by the Cayman court.  And,

9   Your Honor, we are prepared to -- if Your Honor would

10  indulge us, we can do it today or after hearing today to do

11  an ex parte --

12             THE COURT:  You can do it after the hearing today.

13             MR. RAICHT:  -- to do an ex parte order allowing

14  us to file under seal.

15             THE COURT:  Yes.  And I'll make sure that the

16  unredacted copy is put in our vault of the court so it'll be

17  in safekeeping and not available.

18             MR. RAICHT:  Right.  And just to be clear, Your

19  Honor, what we're going to -- the list of depositors is the

20  part that we're going to keep confidential.  There are

21  creditors who maybe did file a notice of appearance who

22  aren't subject to the confidentiality, and we will certainly

23  disclose who they are.  And I think that's what we have,

24  Your Honor.

25             THE COURT:  Okay.  I still want that done, but the

1    fact that there were no objections to the 1522(b) issue, in

2    large measure, eased my concern, the reasons that I wanted

3    to have the unredacted information available.  Certainly at

4    a prior hearing we identified creditors, foreign creditors,

5    who showed up and appeared to want to assert an interest in

6    it and I wasn't going to permit a proceeding here without

7    identification of who they were.

8           So some of that's been obviated, but I'll make

9    sure that what's filed under seal -- and I appreciate the

10   efforts of you and your colleagues and foreign counsel to

11   obtain the order in the Caymans, and I have no intention of

12   having that information publicly disclosed, but we'll make

13   sure that the unredacted copy is kept appropriately--

14          MR. RAICHT:  Thank you, Your Honor.  And --

15          THE COURT:  -- for safekeeping.

16          MR. RAICHT:  You know, been practicing in this

17   industry long enough that you never know what's going to

18   happen in the future so we might as well have the order in

19   place now.

20          THE COURT:  All right.  Thanks very much.

21          MR. RAICHT:  Thank you, Your Honor.

22          THE COURT:  Okay.  All right.  We're adjourned.

23     (Whereupon these proceedings were concluded at 2:18 PM)

24

25

1                        I N D E X

2

3                        RULINGS

4                                                        Page

5    Motion for Entry of Order Entrusting                 5

6    Distribution of Debtor's Assets

7    Located in the United States to the

8    Foreign Representatives. [ECF No. 48, 49]

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1           C E R T I F I C A T I O N

2

3    I, Debra McCostlin, certify that the foregoing transcript is

4    a true and accurate record of the proceedings.

5    Debra              Digitally signed by Debra McCostlin
                         DN: cn=Debra McCostlin, o, ou,
                         email=digital1@veritext.com, c=US
6    McCostlin           Date: 2015.04.28 15:29:26 -04'00'
     _____

7    (Debra McCostlin)

8

9

10

11

12   Date:  4/28/2015

13

14

15

16

17

18

19

20

21

22   Veritext Legal Solutions

23   330 Old Country Road

24   Suite 300

25   Mineola, NY 11501

| & | | |
|---|---|---|
| **&**   4:11 | | |

**1**

**10036-8299**   3:4
**11**   2:1 3:3 5:20
**11501**   12:25
**15-10324**   1:3 4:4
**1521**   2:1 4:15 5:20
   6:4,14,18,22
**1522**   6:13,20 10:1
**156**   7:5
**1992**   7:15

**2**

**2**   7:12
**2012**   7:5
**2015**   1:17
**27**   1:17
**2:08**   1:18
**2:18**   10:23
**2nd**   7:15

**3**

**300**   12:24
**304**   7:12
**330**   12:23
**341**   7:15
**349**   7:15

**4**

**4/28/2015**   12:12
**472**   7:5
**48**   5:25 11:8
**49**   2:1 5:23 11:8

**5**

**5**   11:5

**9**

**961**   7:15

**a**

**ability**   8:17
**absence**   7:3
**accounts**   5:5,5 7:8
   7:20
**accurate**   12:4
**add**   6:2
**address**   6:21

**addressed**   5:6
**addresses**   9:3
**adjourned**   10:22
**adjudicate**   8:6
**administration**
   6:25
**adverse**   7:15
**afternoon**   4:5,7,8
**ago**   5:12 8:22
**allowing**   9:13
**altos**   5:2 7:16
**anyway**   5:9
**appearance**   9:21
**appeared**   7:25 10:5
**applies**   7:17
**apply**   7:12
**appreciate**   10:9
**appropriate**   5:16
   6:19 8:4,6,10
**appropriately**
   10:13
**april**   1:17
**asked**   9:1
**assert**   7:6 10:5
**assets**   2:2 4:16 5:21
   6:8,25 7:8 8:7 11:6
**authorized**   6:10
**available**   9:17 10:3

**b**

**b**   1:20 2:1 4:15 5:20
   6:4,20,22 7:12 10:1
**b.r.**   7:5
**back**   5:12
**bank**   1:7 4:4,6
**bankr**   7:5
**bankruptcy**   1:1,13
   1:22 6:4 7:12
**behalf**   8:20
**believe**   8:12
**bell**   4:12
**belong**   7:9
**better**   8:18
**bonafide**   7:17
**bond**   6:20
**bowling**   1:14
**briefly**   6:2

**burden**   6:21,23 7:3

**c**

**c**   3:1 4:1 12:1,1
**caledonian**   1:7 4:4
   4:6
**case**   1:3
**catalyst**   8:19
**cayman**   4:13 5:15
   5:15 8:4 9:1,1,8
**caymans**   7:23 10:11
**certain**   8:24
**certainly**   5:6,9 8:19
   9:22 10:3
**certify**   12:3
**chamber's**   8:12
**chambers**   8:13
**cir**   7:15
**circuit**   7:10
**claimant**   7:15
**claimants**   7:22
**clarifies**   7:16
**clear**   9:18
**clerk**   4:2
**close**   7:4
**code**   6:4,13
**colleagues**   10:10
**concern**   5:7 10:2
**concluded**   10:23
**conditions**   6:18
**confidential**   9:20
**confidentiality**   9:22
**considers**   6:19
**copy**   8:12 9:2,4,16
   10:13
**counsel**   4:9 10:10
**country**   12:23
**court**   1:1,13 4:3,7
   4:18,22 5:1,3,16,18
   5:19 6:6,10,10,17
   6:21 7:12 8:3,8 9:1
   9:1,4,8,12,15,16,25
   10:15,20,22
**court's**   4:24
**courts**   7:23
**created**   5:2
**credit**   8:16

**creditors**   6:11,15
   7:1 8:2 9:21 10:4,4

**d**

**d**   4:1 7:5 11:1
**dale**   3:8 4:9
**date**   12:12
**deal**   5:4
**debra**   2:25 12:3,7
**debtor**   1:9 5:6 6:16
   7:9,13,21
**debtor's**   5:21 6:8,25
   7:8 11:6
**debtors**   2:2
**decision**   7:9,16
**declaration**   5:24,24
**depositors**   9:3,19
**destroyed**   9:7
**determine**   7:13
**disclose**   9:23
**disclosed**   10:12
**disposition**   5:14
**disputes**   7:17 8:7
**distribution**   2:2
   4:16 5:21 6:7 11:6
**district**   1:2 4:24
**docket**   5:23,25
**due**   7:24

**e**

**e**   1:20,20 3:1,1 4:1,1
   11:1 12:1
**earlier**   8:9
**eased**   10:2
**ecf**   5:23,25 11:8
**efforts**   10:10
**either**   9:6
**electronic**   8:12
**entered**   9:8
**entire**   6:3
**entities**   6:15 7:1 8:1
**entrust**   4:15 6:7
**entrusted**   6:24
**entrusting**   2:2 5:21
   11:5
**entry**   2:2 5:20 11:5
**ernst**   4:10

**esq**  3:6,7,8
**established**  7:7
**establishing**  6:24
  7:3
**event**  8:3
**evidence**  7:7
**evidentiary**  7:19
**ex**  9:11,13
**examiner**  6:10
**exclusively**  8:16

**f**

**f**  1:20 12:1
**f.2d**  7:15
**fact**  10:1
**factual**  6:3
**file**  8:24 9:2,14,21
**filed**  4:17 5:7,23
  10:9
**filing**  6:20
**firm**  4:12
**focus**  8:17
**foregoing**  12:3
**foreign**  2:3 5:6,22
  6:5,6,9,23,25 7:6,21
  8:1 10:4,10 11:8
**form**  5:13 8:10
**former**  7:11
**forum**  8:6
**funds**  4:24
**further**  6:17
**future**  10:18

**g**

**g**  4:1
**gallery**  4:10
**geoffrey**  3:6 4:5
**giving**  6:19
**glad**  4:18
**glenn**  1:21
**going**  9:19,20 10:6
  10:17
**good**  4:5,7,8
**granted**  6:1,14,17
**grants**  8:8
**green**  1:14

**h**

**happen**  10:18
**hearing**  2:1 8:20,24
  9:10,12 10:4
**hearings**  5:2
**held**  6:22 7:10
**history**  6:3
**hon**  1:21
**honor**  4:5,14,19,21
  4:25 5:17 8:11,14
  8:15,22,23,25 9:9,9
  9:19,24 10:14,21
**honor's**  8:17
**hornos**  5:2 7:16
**hutchison**  4:10 5:24

**i**

**identification**  10:7
**identified**  10:4
**including**  6:9,16,19
  7:8
**indicated**  8:25
**indulge**  9:10
**industry**  10:17
**information**  10:3
  10:12
**initial**  6:23
**inquired**  5:4
**intention**  10:11
**interest**  7:13 10:5
**interested**  6:15 7:1
**interests**  6:11,15
  7:1
**involved**  7:20
**issue**  5:2,3,14 6:21
  7:14 8:1,2 10:1
**issues**  5:7 8:4,18
**it'll**  9:16

**j**

**jared**  3:7 4:9
**joint**  4:11
**judge**  1:22

**k**

**keep**  9:20
**keiran**  4:10 5:24

**kept**  10:13
**know**  5:1 10:16,17
**koreag**  5:2 7:9,16

**l**

**lack**  8:15,18
**large**  10:2
**law**  4:12 7:12
**leave**  5:8 6:5,18
**leaves**  5:14
**lee**  7:5
**legal**  12:22
**limited**  1:7 4:4
**liquidators**  4:11,15
  8:21 9:2,7
**list**  9:19
**little**  5:12
**llp**  3:2
**local**  7:12
**located**  2:3 4:16
  5:21 6:8 11:7
**long**  10:17
**love**  8:16

**m**

**margaret**  3:8 4:9
**martin**  1:21
**mass**  7:5
**matter**  1:5
**mccostlin**  2:25 12:3
  12:7
**measure**  10:2
**mg**  1:3
**mineola**  12:25
**money**  8:19
**motion**  2:1 4:14,17
  4:23 5:11,19,22,23
  5:25,25 8:8,23 11:5
**mouth**  8:19
**move**  8:14

**n**

**n**  3:1 4:1 11:1 12:1
**name**  5:5 7:21,22
**names**  9:3
**never**  10:17
**new**  1:2,15,15 3:4
**noted**  4:21

**notice**  9:21
**ny**  3:4 12:25

**o**

**o**  1:20 4:1 12:1
**objecting**  7:4
**objection**  4:17,20
  8:15
**objections**  10:1
**obtain**  10:11
**obviated**  10:8
**office**  4:10
**official**  4:11
**okay**  9:25 10:22
**old**  12:23
**order**  2:2 4:15,25
  5:13,20 8:9,9 9:1,8
  9:13 10:11,18 11:5
**ownership**  7:13,18
  8:5,7

**p**

**p**  3:1,1 4:1
**page**  11:4
**papers**  5:7,18
**part**  6:7 9:20
**parte**  9:11,13
**particular**  7:10 8:7
**parties**  7:4,24 8:11
**pending**  5:19
**permission**  8:12
**permit**  9:2 10:6
**person**  6:9
**phrase**  8:18
**place**  10:19
**please**  4:3
**pm**  1:18 10:23
**posed**  7:14
**practicing**  10:16
**preliminary**  5:3
**prepared**  9:9
**present**  7:17 8:2
**prior**  5:1 10:4
**probably**  4:21
**proceed**  4:25
**proceeding**  6:5 10:6
**proceedings**  10:23
  12:4

| | | | |
|---|---|---|---|
| proceeds 5:15 | resulted 5:10 | sufficient 7:3 | **v** |
| process 7:24 | return 9:6 | sufficiently 6:12,16 | valid 7:13 |
| proof 6:22 | returned 5:15 | 7:2,23 | vault 9:16 |
| proper 7:19 | review 5:18 6:2 8:9 | suggested 8:5 | veritext 12:22 |
| properly 7:14,23 | 9:6 | suite 12:24 | version 9:5 |
| property 7:10,14,18 | right 4:3,4 9:18 | support 5:8 | **w** |
| 8:5 | 10:20,22 | supported 5:23 | waiving 8:23 |
| proposed 8:9 | rights 7:22 | sure 9:15 10:9,13 | walkers 4:12 |
| proskauer 3:2 4:6 | rise 4:2 | system 8:4 | want 9:25 10:5 |
| protected 6:12,16 | road 12:23 | **t** | wanted 10:2 |
| 7:2,23 | rose 3:2 4:6 | t 12:1,1 | we've 4:17 |
| protection 7:4 8:2 | rulings 11:3 | table 4:9 | weeks 8:22 |
| provide 9:4 | rupert 4:12 | take 8:16 | went 5:12 8:25 |
| provided 6:10 | **s** | thank 8:11,21 10:14 | who've 7:25 |
| provides 6:4,13 8:4 | s 3:1 4:1 | 10:21 | wishes 4:25 |
| ptbs 2:1 | safekeeping 9:17 | thanks 10:20 | words 6:6,18 |
| publicly 10:12 | 10:15 | think 5:8,10,16 8:17 | **x** |
| pursuant 2:1 5:20 | satisfied 5:13,19 | 9:23 | x 1:4,11 11:1 |
| 7:11 | 6:11 7:19 8:3 | thoughtfulness 8:21 | **y** |
| put 8:18 9:16 | schedules 8:24 | times 3:3 | york 1:2,15,15 3:4 |
| **q** | seal 9:3,14 10:9 | today 4:8,14,25 | young 4:11 |
| question 7:17 | seated 4:3 | 8:15,15 9:10,10,12 | **z** |
| quote 6:4,14 7:2,4 | sec 4:20 | topic 8:14 | zajac 3:7 4:9 |
| **r** | second 7:9 8:14 | transcribed 2:25 | |
| r 1:20 3:1 4:1 12:1 | secondly 8:22 | transcript 12:3 | |
| raicht 3:6 4:5,6,8 | section 5:20 6:3,13 | true 12:4 | |
| 4:19,23 5:17 8:11 | 6:14 7:11 | trustee 9:5,6 | |
| 9:13,18 10:14,16,21 | security 6:19 | turned 7:11 | |
| raised 5:1 7:25 | see 4:18 7:5,15 | **u** | |
| reasons 10:2 | sent 8:13 | u.s. 1:13,22 7:8,25 | |
| recall 8:23 | showed 10:5 | 8:2 9:5,6 | |
| recognition 6:5 | showing 6:3 7:20 | u.s.c 5:20 | |
| record 12:4 | situation 8:6 | u.s.c. 2:1 | |
| relief 6:13,17,22 | solutions 12:22 | ultimately 7:2 | |
| representative 2:3 | sort 5:3 | uncontested 5:11 | |
| 6:7,9,23 | southern 1:2 | 8:20 | |
| representatives | square 3:3 | understanding 9:5 | |
| 5:22 7:6 11:8 | states 1:1 2:3 4:17 | undoubtedly 5:9 | |
| request 5:8 6:6 8:23 | 5:22 6:8,12,25 7:8 | united 1:1 2:3 4:16 | |
| requirements 8:24 | 11:7 | 5:22 6:8,11,25 7:8 | |
| residents 7:25 | sub 5:4 | 11:7 | |
| resolving 8:4 | subject 4:24 6:17 | unopposed 5:25 | |
| respect 6:22 7:24 | 9:22 | unredacted 9:4,16 | |
| rests 7:4 | submitted 5:13 7:7 | 10:3,13 | |
| result 5:16 | 8:10 | | |
| | subsequent 7:16 | | |